**Order filed October 31, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00560-CV
_____

## ROWAN & SIBLINGS, INC. AND MAHER HUSSEINI AKA MAHER KHALIL HUSSEINI, Appellants

## V.

## TARA ENERGY, LLC, Appellee

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1017116**

# O R D E R

Appellants' brief was due October 14, 2013**.** No brief or motion for extension of time has been filed.

Unless appellants submit a brief to the clerk of this court on or before **December 3, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM